**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **DEBORAH C. MORRISON,** | Civil No. 09-5512 KLS |
| Plaintiff, | **ORDER FOR EAJA FEES & EXPENSES** |
| vs. | |
| **MICHAEL J. ASTRUE, COMMISSIONER of Social Security**, | NOTE ON MOTION CALENDAR September 2, 2010 *without oral argument* |
| Defendant. | |

## ORDER

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney by plaintiff, it is hereby ORDERED that EAJA attorney's fees of $5,249.50 and expenses of $20.55 for a **total of $5,270.05** shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, ___ U.S. ___ (2010) and delivered to plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will accept Plaintiff's assignment of EAJA Fees and pay EAJA fees and expenses directly to Rosemary B. Schurman.

Dated this 3rd day of September, 2010.

Karen L. Strombom
United States Magistrate Judge

Order for EAJA Fees- 09-5512- page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 425-821-5714

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA 98034

Agreed for Entry:
s/Rosemary B. Schurman (signed per authorization)
David R. Johnson
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on September 2, 2010 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Philip H. Lynch, Assistant U.S. Attorney, and Office of General Counsel, SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

Order for EAJA Fees- 09-5512- page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**